**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**GALE B., a juvenile, Defendant—
Appellant.**

No. 02–30436.

United States Court of Appeals,
Ninth Circuit.

Submitted May 10, 2004.*

Decided May 18, 2004.

Before: CANBY, KOZINSKI and
PAEZ, Circuit Judges.

MEMORANDUM **

Gale B., a juvenile, appeals the district court's revocation of probation and imposition of a 24–month term of imprisonment, upon his admitted violation of a modified condition of probation. He was originally convicted of juvenile delinquency occurring within Indian country (burglary) in violation of 18 U.S.C. §§ 1153 and 5032. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Gale B. has filed a brief stating that he finds no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been timely filed.

Our examination of the brief and our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED**.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

